In the Matter of EDITH E. OWENS, Petitioner-Appellant, against J. RAYMOND McGOVERN, as Comptroller of the State of New York, Respondent.

Submitted April 11, 1955; decided April 15, 1955.

*Jacob K. Javits, Attorney-General (George H. Rothlauf* of counsel), for respondent.

Motion withdrawn.